RICHARD E. QUINTILONE II (SBN 200995)
GEORGE A. ALOUPAS (SBN 313112)
**QUINTILONE & ASSOCIATES**
22974 EL TORO ROAD, SUITE 100
LAKE FOREST, CA 92630
TELEPHONE: (949) 458-9675
FACSIMILE: (949) 458-9679
REQ@QUINTLAW.COM
GAA@QUINTLAW.COM

MAXIM VAYNEROV (SBN 177520)
**BARNHILL & VAYNEROV LLP**
11400 W. OLYMPIC BOULEVARD, SUITE 200
LOS ANGELES, CA 90064-1584
TEL.: (310) 943-8989
FAX: (310) 943-8998
EMAIL: VAYNEROV@BV-LLP.COM

Attorneys for Defendants, EASTWESTPROTO, INC. dba LIFELINE AMBULANCE

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MASON, an individual, individually and on behalf of all employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>EASTWESTPROTO, INC. dba LIFELINE AMBULANCE a California Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | **Case No.: 2:18-cv-00415-JFW-JEM**<br>**CLASS ACTION**<br>**Assigned For All Purposes To:**<br>**Honorable John F. Walter**<br>**Dept.: 7A**<br>**ORDER RE JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER TO AMEND THE COMPLAINT SO AS TO WITHDRAW PLAINTIFF'S FLSA CLAIM (CLAIM 1) AND REMAND THE ACTION**<br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed: October 13, 2017<br>FAC Filed: December 19, 2017<br>Removed: January 17, 2018 |

# **ORDER**

The Court has reviewed the Joint Stipulation and Request for Entry of Order Granting Leave to Amend the Complaint to Withdraw Plaintiff's FLSA Claim and Remand the Action ("Joint Stipulation") submitted by PLAINTIFF MICHELLE MASON ("Plaintiff"), on behalf of herself and all other similarly situated employees of DEFENDANT EASTWESTPROTO, INC. ("Defendant").

The parties stipulated to the amendment of Plaintiff's First Amended Complaint (Exh. "B", Att. "2") as to withdraw the sole federal claim (Claim 1) without prejudice to the potential collective members and with prejudice to the named Plaintiff and request an Order remanding the case to state court. The Court approves the relief requested. The Court declines to exercise supplemental jurisdiction over Claims 2 through 11, which seek recovery predicated on state law Labor Code violations. The Court remands this action to state court.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED**:

1. The Joint Stipulation to Amend Plaintiff's First Amended Complaint so as to withdraw Plaintiff's first claim for relief under the FLSA pursuant to Federal Rule 15(a) is **GRANTED**;

2. Claim 1 of Plaintiff's First Amended Complaint ("FAC") is deemed withdrawn without prejudice to the potential collective members and with prejudice to the named Plaintiff.

3. Plaintiff is granted leave to Amend the FAC by filing the [Proposed] Second Amended Complaint, attached at **Exhibit C** to the parties' Joint Stipulation, pursuant to Local Rule 15-1 *et seq*.

4. In light of the amendment of the Plaintiff's complaint so as to withdraw Plaintiff's sole federal claim, the Court is divested of federal question subject matter jurisdiction, and the Court exercises its discretion to remand the instant action to the state court where it originated. The Clerk is therefore directed to **REMAND** this case to the Superior Court for Los Angeles County, Central District, Central Civil West

| | |
|---|---|
| 1 | Courthouse, 600 South Commonwealth Avenue, Los Angeles, California, 90005, |
| 2 | LASC Case No. BC679520. |

5. Each of the Parties shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action; and

6. After the remand has been affected, the Clerk is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated: February 16, 2018

                                                            _____
                                                            HON. JOHN F. WALTER
                                                            United States District Judge

ORDER GRANTING JOINT STIPULATION TO AMEND PLAINTIFF'S FIRST AMENDED COMPLAINT TO WITHDRAW FLSA CLAIM AND FOR REMAND